**HENRY TOVMASSIAN, SBN 140388**
**GEORGE D. CROOK, SBN 60889**
LAW OFFICES OF HENRY TOVMASSIAN
14001 Ventura Boulevard
Sherman Oaks, CA 91423
Telephone: (818) 990-7722
Facsimile: (818) 450-3722

Attorneys for Plaintiffs
**MELISSA GORDON** and **ROBERT GORDON**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELISSA GORDON and ROBERT GORDON,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>LOS ANGELES UNIFIED SCHOOL DISTRICT,<br><br>　　　　　Defendant. | CASE NO. 2:18-cv-00919-CAS-JC<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR ATTORNEYS' FEES AND EXPENSES**<br><br>[Memorandum of Points and Authorities and Declarations of Carol A. Sobel, Richard M. Pearl, Marcy J.K. Tiffany, Valerie Vanaman, Henry Tovmassian and George D. Crook Filed Concurrently Herewith]<br><br>DATE: June 10, 2019<br>TIME: 10:00 a.m.<br>CRTM: 8D |

**TO: DEFENDANT LOS ANGELES UNIFIED SCHOOL DISTRICT AND ITS ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on June 10, 2019 at 10:00 a.m. or as soon thereafter as counsel may be heard before the Honorable Christina A. Snyder in Courtroom 8D of the United States District Court, Central District of California, located at 350 West First Street, Los Angeles, California, Plaintiffs will move for an order awarding them attorneys' fees and expenses in this matter in the amount of **$276,427.50**, which represents the expense of a reasonable number of hours

expended in the underlying administrative hearing and this action as charged at a reasonable rate. This amount is to be increased by the attorneys' fees and costs incurred in connection with this action after March 13, 2019.

      This Motion is based upon this Notice of Motion, the accompanying Memorandum of Points and Authorities in support thereof, the Declarations of Richard M. Pearl, Esq., Carol A. Sobel, Esq., Marcy J.K. Tiffany, Esq., Valerie Vanaman, Esq., Henry Tovmassian, Esq., and George D. Crook, Esq. and their respective exhibits filed concurrently herewith, all the records and files in this matter and such other and further documentary evidence and oral argument as may be presented at or before the hearing hereon.

DATED: March 13, 2019          LAW OFFICES OF HENRY TOVMASSIAN


                      By:    /s/ Henry Tovmassian
                              HENRY TOVMASSIAN
                              Attorney for Plaintiffs
                              MELISSA GORDON and ROBERT GORDON

**PLAINTIFFS' NOTICE OF MOTION AND
MOTION FOR ATTORNEYS' FEES AND EXPENSES**